1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    HENRY EDWARD DIAZ, BB7665,              Case No. 23-cv-04747-SK  (PR)

8                    Plaintiff,

9         v.                                 **ORDER OF TRANSFER**

10   CDCR, et al.,

11                   Defendant(s).

12        Plaintiff, a California state prisoner at Kern Valley State Prison (KVSP) in Kern County,

13   has filed a pro se complaint under 42 U.S.C. § 1983 alleging various violations of his federal

14   constitutional rights while he was incarcerated at the Substance Abuse Treatment Facility and

15   State Prison, Corcoran (SATF – CSP) in Kings County and the California Medical Facility (CMF)

16   in Solano County.  A substantial part of the events or omissions giving rise to the claim(s)

17   occurred, and the viable defendants named reside, in Kings and Solano counties, which both lie

18   within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore

19   properly lies in the Eastern District.  See id. § 1391(b).

20        Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. §

21   1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District

22   of California.

23        The clerk shall transfer this matter forthwith.

24        **IT IS SO ORDERED**.

25   Dated: September 19, 2023

26                                           _____

27                                           SALLIE KIM
                                             United States Magistrate Judge
28

United States District Court
Northern District of California